

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | CR 13-30073-01 |
|---|---|
| Plaintiff, | REDACTED INDICTMENT |
| vs. | ATTEMPTED ENTICEMENT OF A MINOR USING THE INTERNET and ATTEMPTED SEXUAL EXPLOITATION OF A CHILD |
| SETH STONE, | |
| Defendant. | 18 U.S.C. §§ 2422(b), 2251(a), and 2251(e) |

The Grand Jury charges:

## COUNT I

On or about between April 30, 2012, and May 16, 2012, in the District of South Dakota, in Dewey County, the Defendant, Seth Stone, did use a facility and means of interstate commerce, that is, a computer attached to the Internet, and a cellular telephone, to attempt to knowingly persuade, induce, entice, and coerce, or attempt to do so, [Name Redacted], a minor, to engage in sexual activity for which the Defendant could be charged with a criminal offense, namely, criminal sexual activity in violation of SDCL §§ 22-22-1, 22-22-7 and 22-22-24.3, all in violation of 18 U.S.C. § 2422(b).

## COUNT II

On or about between April 30, 2012, and May 16, 2012, in the District of South Dakota, in Dewey County, and elsewhere, the Defendant, Seth Stone, knowingly attempted to employ, use, persuade, induce, entice, and coerce, [Name Redacted], a minor, to engage in sexually explicit conduct for the purpose

of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and that such visual depiction would be produced using material that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer or cellular telephone, all in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

A TRUE BILL:

**NAME REDACTED**
Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: _[signature]_