UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

**FILED**
NOV 1 4 2013


| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-30073 |
| Plaintiff, | <u>REDACTED</u> <u>SUPERSEDING INDICTMENT</u> |
| vs. | ATTEMPTED ENTICEMENT OF A MINOR USING THE INTERNET, ATTEMPTED SEXUAL EXPLOITATION OF A CHILD, and WITNESS TAMPERING |
| SETH STONE, | |
| Defendant. | |
| | 18 U.S.C. §§ 1512(b)(2)(B), 2422(b), 2251(a) and 2251(e) |

The Grand Jury charges:

COUNT I

On or about between April 30, 2012, and May 16, 2012, in Dewey County, in the District of South Dakota, and elsewhere, the Defendant, Seth Stone, did use, a facility and means of interstate commerce, that is, a computer attached to the Internet, and a cellular telephone, to knowingly persuade, induce, entice, and coerce [Name Redacted], a minor, and attempt to do so, to engage in sexual activity for which the Defendant could be charged with a criminal offense, namely, criminal sexual activity in violation of SDCL §§ 22-22-1, 22-22-7 and 22-22-24.3, in violation of 18 U.S.C. § 2422(b).

COUNT II

On or about between April 30, 2012, and May 16, 2012, in Dewey County, in the District of South Dakota, and elsewhere, the Defendant, Seth Stone, did knowingly employ, use, persuade, induce, entice, and coerce [Name Redacted], a

minor, and attempt to do so, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported, using any means and facility of interstate and foreign commerce, and that such visual depiction would be produced using material that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer or cellular telephone, in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

COUNT III

On or about between June 1, 2012, and July 15, 2012, in Dewey County, in the District of South Dakota, and elsewhere, the Defendant, Seth Stone, did knowingly corruptly persuade, and engage in misleading conduct with [Name Redacted], a minor, and attempt to do so, by instructing [Name Redacted] to alter, destroy, mutilate, and conceal an object with intent to impair the object's integrity and availability for use in an official proceeding, namely any and all electronic records of conversations between Seth Stone and [Name Redacted], in violation of 18 U.S.C. § 1512(b)(2)(B).

A TRUE BILL:

**Name Redacted**

Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: [signature]